**Order entered August 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00879-CV

## LORRIE FRAZIN, Appellant

### V.

## MARC SAUTY AND BENEDICTE SAUTY, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-00258-C**

## ORDER

The Court has reviewed the clerk's record in this case. The correct cause number of this case in the justice court was JC10-00232-C. The clerk's record includes a "Complaint for Eviction" from justice court cause number JE10-03665 and does not include "Plaintiff's Original Petition" for justice court cause number JC10-00232-C. The clerk's record also does not include the appellant's answer, if any, filed in the justice court or in the county court.

Accordingly, we direct John Warren, County Clerk of Dallas County, to file within **FIVE (5) days of the date of this order** a corrected clerk's record that excludes the "Complaint for Eviction" from case number JE10-03665, includes "Plaintiff's Original Petition" for justice court

cause number JC10-00232-C, and includes any answer filed by appellant in the justice court or county court.  If no answer exists, the clerk shall certify that such pleadings do not exist.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE